IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01332-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

EDWIN MARK ACKERMAN,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Applicant, Edwin Mark Ackerman, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling Correctional Facility in Sterling, Colorado.  Originally, he filed a "Motion to Remove 2010CA2637 to U.S. District Court," *Ackerman v. People*, No. 11-cr-00239-CMA (D. Colo. May 21, 2012). District Judge Christine M. Arguello reviewed the Motion, determined that it was more properly filed as a 28 U.S.C. § 2254 action and directed the Clerk of the Court to open and to process a separate § 2254 action.

As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted documents are deficient as described in this Order.  Mr. Ackerman will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Ackerman files in response to this Order must include the civil action

number on this Order.

      Mr. Ackerman also is instructed that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the person who has custody of the detained person. Therefore, Mr. Ackerman is directed to name as Respondent the custodian of the facility where he is incarcerated.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the Court's current form)
(8)   __   Names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   An original and a copy have not been received by the Court. Only an original has been received.
(10)   X   Other <u>Motion is necessary only if $5.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:

(1)   __   is not submitted
(2)   X   is not on proper form (must use the Court's current form)
(3)   __   is missing an original signature by the prisoner
(4)   __   is missing page nos. ___
(5)   __   Uses et al. instead of listing all parties in caption
(6)   __   An original and a copy have not been received by the court. Only an original has been received.
(7)   __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(8)   __   Names in caption do not match names in text
(9)   __   Other _____

Accordingly, it is

ORDERED that Mr. Ackerman cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Ackerman files in response to this Order must include the civil action number on the Order.  It is

FURTHER ORDERED that Mr. Ackerman shall obtain the Court-approved 28 U.S.C. § 2254 Application form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Ackerman fails to cure the designated deficiencies **within thirty days from the date of this Order** the Application will be denied and the action will be dismissed without further notice.

DATED May 22, 2012, at Denver, Colorado.

                                            BY THE COURT:

                                             s/Boyd N. Boland
                                             United States Magistrate Judge